BLUNDELL SHIPPING CO. *v.* UNITED STATES

**No. 5694.**—Invoice dated London, England, August 11, 1941.
Entered at New York, N. Y., September 18, 1941.
Entry No. 715032.

(Decided August 12, 1942)

*Lane & Wallace* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

OLIVER, Presiding Judge: This appeal to reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is stipulated and agreed by and between counsel in the above case, subject to the approval of the court, as follows:

That the merchandise in this case consists of wool cloth exported from England in August 1941.

That the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of England, for home consumption, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition packed ready for shipment to the United States, is the appraised value less the amount added under duress.

That on the date of exportation herein, there was no higher export value for this merchandise than the above stated foreign value.

That this case is submitted on the foregoing stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is the appraised value, less the amount added under duress.

Judgment will be rendered accordingly.